

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -vs-

DAVID M. PIELEONI (a/k/a David
Pierlons, a/k/a Jason Hawk, a/k/a
Jason Hack)

                  Defendant.

12-CR-6137(DGL)

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. §§ 1349 &
1028A(a)(1)

## COUNT 1

### The United States Attorney Charges:

1.    Beginning on or about July 1, 2009, and continuing
through on or about August 31, 2009, in the Western District of New
York and elsewhere, the defendant, DAVID M. PIERLEONI (a/k/a David
Pierlons, a/k/a Jason Hawk, a/k/a Jason Hack), did knowingly,
willfully and unlawfully combine, conspire and agree with Cassandra
N. Dehn and Victor M. Ortiz (a/k/a Vincent Ortiz, a/k/a Jay Ortiz,
a/k/a Jose Diaz), and others, known and unknown, to devise and
intend to devise, a scheme and artifice to defraud and to obtain
money and property by means of false and fraudulent representations
by transmitting and causing to be transmitted writings, signs and
signals by wire communication in interstate and foreign commerce to
execute the scheme and artifice to defraud and to obtain money and
property, in violation of Title 18, United States Code, Section
1343.

2.    As part of the conspiracy, co-defendant Cassandra N. Dehn

knowingly obtained credit card numbers, expiration dates and access codes belonging to Comfort Inn and Suites guests, from a computer terminal in Willard, Missouri, and intentionally transmitted the information via wire and electronic communication, including by electronic mail ("e-mail") and MySpace.com messages, to the defendant, DAVID M. PIERLEONI, in the Western District of New York.

3.    In return for electronically transmitting the credit card account numbers, expiration dates and access codes belonging to Comfort Inn and Suites guests, the defendant, DAVID M. PIERLEONI, sent a cash payment to co-defendant Cassandra N. Dehn.

4.    In furtherance of the conspiracy, the defendant, DAVID M. PIERLEONI, and co-defendant Victor M. Ortiz, utilized the credit card account numbers, expiration dates and access codes that co-defendant Cassandra N. Dehn transmitted by wire and electronic communications, by falsely and fraudulently representing that they were the account holders of the particular credit card account numbers and in order to make unauthorized purchases of liquor, food and other services.

5.    Specifically, the defendant, DAVID M. PIERLEONI, called retail establishments in the Western District of New York and placed orders for high-end liquor and food products.    The

defendant, DAVID M. PIERLEONI, provided the retail establishments with the credit card account numbers, expiration dates and access codes that he received from co-defendant Cassandra N. Dehn, which he knew had been assigned to other individuals and that he was not authorized to use, as payment for the purchases.  The defendant, DAVID M. PIERLEONI, co-defendant Victor M. Ortiz and others then traveled to the retail establishments, where they picked up the fraudulently obtained goods, or had the goods delivered to the address where the defendant, DAVID M. PIERLEONI, and co-defendant Victor M. Ortiz were living.

6.   As a result of the conspiracy, the defendant, DAVID M. PIERLEONI, and co-defendant Victor M. Ortiz caused additional wire transmissions to be sent in interstate commerce, from the retail establishments located in the Western District of New York to the servers associated with the sponsoring credit card companies in order to obtain authorization and payment for the fraudulent purchases.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2

### The United States Attorney Further Charges:

Between on or about July 1, 2009, and on or about August 31, 2009, within the Western District of New York, the defendant, DAVID M. PIERLEONI (a/k/a David Pierlons, a/k/a Jason Hawk, a/k/a Jason Hack), did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, the names, unique electronic identification numbers, addresses and routing codes, including credit card numbers and associated expiration dates for credit accounts, during and in relation to a felony violation as set forth in Count 1 of this Information, the allegations of which are incorporated herein by reference, which felony violation is enumerated in Title 18, United States Code, Section 1028A(c).

**All in violation of Title 18, United States Code, Section 1028A(a)(1).**

DATED:  Rochester, New York, October 24, 2012.

WILLIAM J. HOCHUL, JR.
United States Attorney

BY: _____
MARISA J. MILLER
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
(585)263-6760, ext. 2265
Marisa.Miller@usdoj.gov

4